**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00437-CR**
_____

**HEYMAN HAROLD GUILLORY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 07-00940**

**ORDER**

This is an appeal from the denial of a *pro se* motion for DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01-.05 (West 2006 & Supp. 2014). On October 16, 2014, Guillory filed a *pro se* motion for appointment of appellate counsel. The statutory right to counsel granted by Article 64.01(c) of the Texas Code of Criminal Procedure extends to the appeal of an order entered under Chapter 64. *Mindieta v. State*, 132 S.W.3d 1 (Tex. App.—Amarillo 2002, order).

It is, therefore, ORDERED that the appeal be abated and the cause be remanded to the trial court. Upon remand, the trial court shall determine whether

1

Guillory is indigent. If Guillory is indigent, the trial court shall appoint counsel to represent Guillory on appeal. Any hearings conducted by the trial court pursuant to this order must be recorded. A reporter's record of such hearings, together with a clerk's record containing any orders and findings entered by the trial court in connection with this order, shall be filed by November 19, 2014. All appellate timetables are suspended until the supplemental record here ordered has been filed, or until further order of this Court.

ORDER ENTERED October 23, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.